526

No. 347. ROSEN *v.* FRY, EXCISE DIRECTOR OF INDIANA, ET AL. Jurisdictional statement submitted October 20, 1934. Decided November 5, 1934. *Per Curiam:* The appeal is dismissed upon the ground that the jurisdictional statement fails to disclose any properly presented substantial federal question. Rule 12. *Mr. Ronald C. Oldham* for appellant. *Messrs. Philip Lutz, Jr.,* and *Herbert J. Patrick* for appellees.

No. 450. WHEELER *v.* FARLEY, POSTMASTER GENERAL, ET AL. Jurisdictional statement submitted October 20, 1934. Decided November 5, 1934. *Per Curiam:* The appeal herein is dismissed for the want of jurisdiction. Section 238, Judicial Code as amended by the Act of February 13, 1925 (43 Stat. 936, 938). *Mr. L. E. Dadmun* for appellant. No appearance for appellees.

No. 467. THE 134 WILLIAM STREET CO., INC. *v.* LYNCH ET AL. Motion submitted October 27, 1934. Decided November 5, 1934. *Per Curiam:* The motion of appellees to dismiss the appeal herein is granted, and the appeal is dismissed for the reason that the judgment sought here to be reviewed is based upon a non-federal ground adequate to support it. *Doyle* v. *Atwell,* 261 U. S. 590; *Farson Son & Co.* v. *Bird,* 248 U. S. 268, 271; *McCoy* v. *Shaw,* 277 U. S. 302; *Ohio ex rel. Eastman* v. *Stuart,* 291 U. S. 643. *Messrs. John Enrietto* and *Glen N. W. McNaughton* for appellant. *Mr. Wendell P. Brown* for appellees.